

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARICHU SUAREZ BAOANAN,<br>                            Plaintiffs,<br><br>-V-<br><br>LAURO LIBOON BAJA, NORMA CASTRO BAJA,<br>MARIA ELIZABETH BAJA FACUNDO,<br>LABAIRE INT'L TRAVEL,<br>                            Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br><br><br>08 CV 5692 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**8th day of July, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**24th day of June, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8563 4391 0284**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Aaron Mendelsohn

Direct Dial: 212-704-6158

---

**FedEx Express — International Air Waybill**    /0113/0250/0032681992/1

**1 From**
Date: 07/07/2008
Sender's FedEx Account Number: 3151-5570-3
Sender's Name: Aaron Mendelsohn
Company: TROUTMAN SANDERS LLP
Address: 405 LEXINGTON AVE FL 7
City: NEW YORK    State/Province: NY
Country: US    ZIP/Postal Code: 101740700

**2 To**
Recipient's Name: Norma Castro Baja
Address: 313 Universe Street
City: Ayala Alabang, Muntinlupa City
Country: Philippines    ZIP/Postal Code: 1780

**4 Express Package Service**
[X] FedEx Intl. Priority

**5 Packaging**
[X] FedEx Envelope

**7a Payment** Bill transportation charges to:
[X] Sender

**7b Payment** Bill duties and taxes to:
[X] Sender

**9 Required Signature**
Sender's Signature: D. Gomel

**3 Shipment Information**
Commodity Description: Documents

FedEx Tracking Number: 8563 4391 0284