UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| MARICHU SUAREZ BAOANAN,<br>Plaintiffs, | **CERTIFICATE OF MAILING** |
| -V- | |
| LAURO LIBOON BAJA, NORMA CASTRO BAJA,<br>MARIA ELIZABETH BAJA FACUNDO,<br>LABAIRE INT'L TRAVEL,<br>Defendants. | 08 CV 5692 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**8th day of July, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**24th day of June, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8563 4391 0295**

_____
CLERK

Dated: New York, NY

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Aaron Mendelsohn
aaron.mendelsohn@troutmansanders.com

Direct Dial: 212-704-6158
Direct Fax: 212-704-8378

---

**FedEx International Air Waybill** — /0114/0250/0032681992/9

**1. From**
Date: 07/07/2008
Sender's FedEx Account Number: 3151-5570-3
Sender's Name: Aaron Mendelsohn
Company: TROUTMAN SANDERS LLP
Address: 405 LEXINGTON AVE FL 7
City: NEW YORK    State/Province: NY
Country: US    ZIP: 101740700

**2. To**
Recipient's Name: Lauro Liboon Baja
Address: 313 Universe Street
City: Ayala Alabang, Muntinlupa City
Country: Philippines    ZIP: 1780

**3. Shipment Information**
Commodity Description: Documents

**4. Express Package Service**
[X] FedEx Intl. Priority

**5. Packaging**
[X] FedEx Envelope

**7a. Payment Bill transportation charges to:**
(Sender Acct. No. in Section 1 will be billed.)

**7b. Payment Bill duties and taxes to:**
[X] Sender Acct. No. in Section 1 will be billed.

**9. Required Signature**
Sender's Signature: [signed]

FedEx Tracking Number: 8563 4391 0295