UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARICHU SUAREZ BAOANAN,
                            Plaintiffs,

-V-

LAURO LIBOON BAJA, NORMA CASTRO BAJA,
MARIA ELIZABETH BAJA FACUNDO,
LABAIRE INT'L TRAVEL,
                            Defendants.

**CERTIFICATE OF MAILING**

08 CV 5692 (VM)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 8th day of July, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 24th day of June, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8563 4391 0262**

_J. Michael McMahon_
CLERK

Dated: New York, NY

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Aaron Mendelsohn
aaron.mendelsohn@troutmansanders.com

Direct Dial: 212-704-6158
Direct Fax: 212-704-8378

---

**FedEx Express — International Air Waybill**  /0111/0250/0032681992/5

**1 From**
Date: 07/07/2008
Sender's FedEx Account Number: 3151-5570-3
Sender's Name: Aaron Mendelsohn
Company: TROUTMAN SANDERS LLP
Address: 405 LEXINGTON AVE FL 7
City: NEW YORK    State/Province: NY
Country: US    ZIP/Postal Code: 101740700

**2 To**
Recipient's Name: Lauro Liboon Baja
Company: Labaire International Travel, Inc.
Address: 5462 Labaire Bldg.
Address: South Superhighway cor. Heneral Malvar Street
City: Bangkal, Makati City
Country: Philippines    ZIP/Postal Code: 01233

**3 Shipment Information**
Commodity Description: Documents

**4 Express Package Service**: [X] FedEx Intl. Priority

**5 Packaging**: [X] FedEx Envelope

**7b Payment — Bill duties and taxes to**: [X] Sender

FedEx Tracking Number: 8563 4391 0262