

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARICHU SUAREZ BAOANAN,<br>Plaintiffs,<br><br>-V-<br><br>LAURO LIBOON BAJA, NORMA CASTRO BAJA,<br>MARIA ELIZABETH BAJA FACUNDO,<br>LABAIRE INT'L TRAVEL,<br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 5692 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 8th day of July, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 24th day of June, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 8563 4391 0273

*J. Michael McMahon*
CLERK

Dated: New York, NY

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Aaron Mendelsohn
aaron.mendelsohn@troutmansanders.com

Direct Dial: 212-704-6158

---

**FedEx Express — International Air Waybill**
For FedEx services worldwide

/0112/0250/0032681992/3

**1 From**
Date: 07/07/2008
Sender's FedEx Account Number: 3151-5570-3
Sender's Name: Aaron Mendelsohn
Company: TROUTMAN SANDERS LLP
Address: 405 LEXINGTON AVE FL 7
City: NEW YORK    State/Province: NY
Country: US    ZIP: 101740700

**2 To**
Recipient's Name: Labaire International Travel, Inc.
Address: 5462 Labaire Bldg.
Address: South Superhighway cor. Heneral Malvar Street
City: Bangkal, Makati City
Country: Philippines    ZIP: 01233

**4 Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Envelope

**7a Payment** Bill transportation charges to:
☒ Sender

**7b Payment** Bill duties and taxes to:
☒ Sender

**3 Shipment Information**
Commodity Description: Documents

**FedEx Tracking Number:** 8563 4391 0273