UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    DOCKET No.: **08CV5692**

MARICHU SUAREZ BAOANAN,

         *Plaintiff,*

   -against-                                 NOTICE OF APPEARANCE

LAURO BAJA, JR., NORMA CASTRO BAJA,     FOR DEFENDANTS
MARIA ELIZABETH BAJA FACUNDO, and
LABAIRE INTERNATIONAL TRAVEL, INC.

         *Defendants.*

------------------------------------------------------------------X

TO PLAINTIFF AND HER ATTORNEYS:

PLEASE TAKE NOTICE, that the law firm of Prado & Tuy, LLP, with offices at 11 Hanover Square, 26th Floor, New York, New York 10005 enters its appearance as attorneys for all the defendants Lauro Baja, Jr., Norma Castro Baja, Maria Elizabeth Baja Facundo and Labaire International Travel, Inc.

Henceforth, please serve all notices and pleadings on this matter to our firm at the address herein stated..

The firm has been authorized to accept service of summons and complaint in behalf of defendants Lauro Liboon Baja and Norma Castro Baja, who are residents of the Philippines.

Dated: July 10, 2008
       New York, New York

                                        /Salvador E. Tuy, Jr.(ST/130)
                                        PRADO & TUY, LLP
                                        Attorneys for Defendants
                                        11 Hanover Square, 26th Floor
                                        New York, NY 10005
                                        (212) 668 8888

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK ss.:

ANNA L. OLONA being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action and holds office at 11 Hanover Square, 3rd Floor, New York, NY 10005.

I served a true copy of the annexed:

### NOTICE OF APPEARANCE FOR DEFENDANTS

on July 11, 2008

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Ivy O. Suriyopas
Asian American Legal Defense and Education (AALDEF)
99 Hudson St., 12th Floor
New York, New York 10013

Aaron Mendelhson
Troutman Sanders
The Chrysler Bldg.
405 Lexington Avenue
New York, New York 10174

ANNA L. OLONA

Sworn to before me on
July 11, 2008

DENNIS PEIJUANO
NOTARY PUBLIC, State of New York
No. 02FE6163325
Qualified in Richmond County
Commission Expires December 11, 2010

Troutman Sanders LLP 7/14/2008 9:49 AM PAGE 2/002 Fax Server
Case 1:08-cv-05692-VM  Document 8-2  Filed 07/14/2008  Page 1 of 1

Jul 11 08 04:15p    PRADO AND TUY                    (212) 668 8495          p.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————— x  DOCKET No. 08-CV-5692

MARICHU SUAREZ BAOANAN,

        Plaintiff,

-Against-                                              STIPULATION

LAURO LIBOON BAJA, JR., NORMA CASTRO
BAJA, MARIA ELIZABETH BAJA FACUNDO,
and LABAIRE INTERNATIONAL TRAVEL, INC.,

        Defendants.
—————————————————————— x

    It is hereby stipulated by and between the parties and their attorneys that Prado & Tuy as attorneys for defendants shall accept service for defendants Lauro Liboon Baja, Jr., Norma Castro Baja and Labaire International Travel, Inc., if still unserved

    It is further stipulated that the time within which defendants shall file answer or any responsive pleading or motion shall be 30 days from July 15, 2008.

    So stipulated.

    July 11, 2008

Troutman Sanders LLP                    Prado & Tuy LLP
Attorneys for Plaintiff                 Attorneys for Defendants
405 Lexington Avenue                    11 Hanover Square, 26th Floor
New York, NY 10174                      New York, NY 10005
(212) 704 6158                          (212) 668 8888
by                                      By

_____                 _____
Aaron Hirsch Mendelsohn                 Salvador E. Tuy, Jr.