UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MARICHU SUAREZ BAOANAN

                Plaintiff,

           - against -

LAURO LIBOON BAJA, JR., NORMA CASTRO
BAJA, MARIA ELIZABETH BAJA FACUNDO,
AND LABAIRE INTERNATIONAL TRAVEL, INC.

                Defendants.
---------------------------------------------------------------X

Case No.: 08-CV-5692 (VM)

**STIPULATION FOR TIME FOR DEFENDANTS' AMENDED MOTION TO DISMISS AND ANSWER AND PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

It is hereby stipulated and agreed to by and between the attorneys for the respective parties to this action that Defendants Lauro Liboon Baja, Jr., Norma Castro Baja, Maria Elizabeth Baja Facundo, and Labaire International Travel, Inc. ("Labaire") will withdraw their motion to dismiss and will have an additional 15 days from the date of this Stipulation to file an amended motion to dismiss as to Defendants Lauro Liboon Baja, Jr. and Norma Castro Baja. Defendants Maria Elizabeth Baja Facundo and Labaire will submit an answer or otherwise respond on the same date that the amended motion to dismiss is filed. Plaintiff Marichu Suarez Baoanan will have 21 days from the date of receipt of the amended motion to dismiss to file an opposition to the motion.

Dated: August 22, 2008

**ATTORNEYS FOR PLAINTIFF**
Ivy O. Suriyopas
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, New York 10013
212-966-5932 x235

1

By: _____
  Ivy O. Suriyopas

Dated: 8/2/08

Aaron Mendelsohn
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6158

By: _____
  Aaron Mendelsohn

Dated: 8-31-08

**ATTORNEY FOR DEFENDANTS**
Salvador E. Tuy
PRADO & TUY, LLP
11 Hanover Sq Fl 3
New York, NY 10005-2871
(212) 668-8888

By: _____
  Salvador E. Tuy

Dated: 08/25/08

**SO ORDERED.**

By: _____
  Judge Victor Marrero


Case 1:08-cv-05692-VM   Document 12   Filed 08/26/2008   Page 2 of 2
