UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X   Index No.: 08CV5692
MARICHU SUAREZ BAOANAN,

        Plaintiff,

    -against-                                                              STIPULATION EXTENDING
                                                                 TIME TO FILE MOTION TO
LAURO LIBOON BAJA, JR., NORMA CASTRO                            DISMISS AND PLEAD
BAJA, MARIA ELIZABETH BAJA FACUNDO, and
LABAIRE INTERNATIONAL TRAVEL, INC.

        Defendants.

--------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED to by and between the respective parties and their attorneys in this action that Defendants Lauro Liboon Baja, Jr., Norma Castro Baja, Maria Elizabeth Baja Facundo and Labaire International Travel, Inc. that defendants are granted an additional extension of ten (10) days from September 10, 2008 or up to September 20, 2008 within which to file their amended motion to dismiss and/or file responsive pleading.

    Plaintiff Marichu Suarez Baoanan will have 21 days from receipt of the motion or responsive pleading within which to file opposition thereto.

    Dated: September 5, 2008

Asian American Legal Defense and Education Fund
Attorneys for Plaintiff
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 x 235
by

_____
Ivy O. Suriyopas, Esq.

Prado & Tuy, LLP
Attorney for Defendants
11 Hanover Sqaure, 26th Floor
New York, NY 10005
(212) 668 8888
By

_____
Salvador E. Tuy, Jr., Esq.

Troutman & Sanders, LLP
The Chrysler Building
404 Lexington Avenue
New York, NY 10174
New York, NY 10174
(212) 704 6158
by:

_____
Aaron Mendelsohn.

SO ORDERED:

_____
JUDGE VICTOR MARRERO