USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-22-05

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MARICHU SUAREZ BAOANAN              :
                                    :
                Plaintiff,          :      08 Civ. 5692(VM)
                                    :
        - against -                 :
                                    :         ORDER
LAURO LIBOON BAJA, Jr., et. al.,    :
                                    :
                Defendants.         :
------------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court having sua sponte raised the issue of diplomatic immunity in this case, it is hereby

**ORDERED** that the Motions to Dismiss (Docket Nos. 16 and 17) of Defendants, Lauro Liboon Baja, Jr., Norma Castro Baja, Maria Elizabeth Baja Facundo, and Labaire International Travel, Inc. ("Defendants"), be withdrawn, and any documents filed in connection therewith be removed from the public record, pending the Court's decision regarding the issue of diplomatic immunity invoked by defendants Lauro and Norma Baja; and it is further

**ORDERED** that the Plaintiff file a brief of no more than 10 pages by no later than October 14, 2008 in support of the Court's exercise of jurisdiction over Lauro and Norma Baja; and it is further

**ORDERED** that Defendants Lauro and Norma Baja respond to the Plaintiff's brief by no later than October 28, 2008; and it is finally

**ORDERED** that Plaintiffs reply to the Defendants' response by

no later than November 7, 2008.

**SO ORDERED.**

Dated:   New York, New York
         22 September 2008

　　　　　　　　　　　　　　　　　　Victor Marerro
　　　　　　　　　　　　　　　　　　   U.S.D.J.