UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARICHU SUAREZ BAOANAN,

    Plaintiff,

- against -

LAURO LIBOON BAJA, JR., NORMA CASTRO BAJA, MARIA ELIZABETH BAJA FACUNDO, and LABAIRE INTERNATIONAL TRAVEL, INC.,

    Defendants.

Civil Action No.: 08-5692 (VM)

ORDER OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, MARICHU SUAREZ BAOANAN, and Defendants, LAURO LIBOON BAJA, JR., NORMA CASTRO BAJA, MARIA ELIZABETH BAJA FACUNDO, and LABAIRE INTERNATIONAL TRAVEL, INC., having satisfactorily resolved the above-captioned action, and sufficient cause appearing therefor, now, upon the request of the Parties, it is hereby

ORDERED that the instant action shall be and hereby is dismissed in its entirety with prejudice, and without any award by the Court of attorneys' fees or costs to any Party.

SO ORDERED.

Dated: _____, 2011
    New York, NY

                                     HON. VICTOR MARRERO, U.S.D.J.

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
212-966-5932 (p), 212-966-4303 (f)

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10147
212-704-6000 (p), 212-704-6288 (f)

Attorneys for Plaintiff

LAW OFFICES OF PRADO & TUY, LLP
305 Broadway, 14th Fl.
New York, NY 10007
212-668-8888 (p), 212-668-8494 (f)

Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARICHU SUAREZ BAOANAN,

Plaintiff,

- against -

LAURO LIBOON BAJA, JR., NORMA CASTRO BAJA, MARIA ELIZABETH BAJA FACUNDO, and LABAIRE INTERNATIONAL TRAVEL, INC.

Defendants.

Civil Action No.: 08-5692 (VM)

STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MARICHU SUAREZ BAOANAN, and Defendants, LAURO LIBOON BAJA, JR., NORMA CASTRO

1

BAJA, MARIA ELIZABETH BAJA FACUNDO, and LABAIRE INTERNATIONAL TRAVEL, INC., through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorney's fees or costs by the Court to any Party.

_____6/15/11_____
Date

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
212-966-5932 (p), 212-966-4303 (f)

By: _____[signature]_____
Ivy O. Suriyopas, Esq. (IS6541)

_____6/15/11_____
Date

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10147
212-704-6000 (p), 212-704-6288 (f)

By: _____[signature]_____
Stephen Rinehart, Esq.

ATTORNEYS FOR PLAINTIFF

_____6/21/11_____
Date

LAW OFFICES OF PRADO & TUY, LLP
305 Broadway, 14th Fl.
New York, NY 10007
212-668-8888 (p), 212-668-8494 (f)

By: _____[signature]_____
Salvador E. Tuy, Esq.

ATTORNEY FOR DEFENDANTS

2